# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DYNA BRIGHT**                                                                                          **PLAINTIFF**

V.                                  No. 3:23-CV-00004-ERE

**SOCIAL SECURITY ADMINISTRATION**                                              **DEFENDANT**

## ORDER

Defendant's unopposed motion to reverse and remand *(Doc. 19)* is GRANTED. Accordingly, the Commissioner's decision is reversed, and this case is REMANDED for further administrative proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

So Ordered 24 August 2023.

_____
UNITED STATES MAGISTRATE JUDGE