# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DYNA BRIGHT**                                                                 **PLAINTIFF**

V.                          No. 3:23-CV-00004-ERE

**SOCIAL SECURITY ADMINISTRATION**                              **DEFENDANT**

## JUDGMENT

Consistent with today's Order, judgment is entered for Plaintiff. The Commissioner's decision is reversed, and the case is remanded to the Commissioner for further proceedings pursuant to "sentence four" of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

So Ordered 24 August 2023.

_____
UNITED STATES MAGISTRATE JUDGE