IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DYNA BRIGHT**                                                                                                **PLAINTIFF**

V.                                     No. 3:23-CV-00004-ERE

**SOCIAL SECURITY ADMINISTRATION**                                        **DEFENDANT**

## ORDER

Pending before the Court is Plaintiff Dyna Bright's unopposed motion for attorney's fees and costs under the Equal Access to Justice Act ("EAJA"). *Doc. 22.* Plaintiff's attorney requests a total award of **$3,626.71.** Plaintiff is entitled to an award of attorney's fees under the EAJA, and the requested sum is reasonable.

Accordingly, Plaintiff's motion for attorney's fees, *Doc. 22*, is GRANTED. Plaintiff is awarded **$3,626.71** in attorney's fees under the EAJA.[1]

SO ORDERED 27 October 2023.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff but mailed to Plaintiff in care of Plaintiff's attorney at the attorney's office.